Argued and submitted December 18, 1984, reversed and remanded January 23, 1985

## STATE OF OREGON,
*Appellant,*

*v.*

## RICKY DEAN LOWERY,
*Respondent.*

(B65-863; CA A32678)

693 P2d 1343

Margaret E. Rabin, Assistant Attorney General, Salem, argued the cause for appellant. With her on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Ella D. Johnson, Certified Law Student, Salem.

Daniel J. Ahern, Certified Law Student, Eugene, argued the cause for respondent. With him on the brief were Ross M. Shepard, Public Defender, and Rush M. Hoag, II, Staff Attorney, Eugene.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The state appeals a trial court judgment dismissing a complaint charging defendant with harassment under ORS 166.065(1)(f),[1] on the ground the statute was unconstitutionally vague. Contrary to the view of the trial court, we find the statute clear and unambiguous. Neither do we find merit in any other theory of unconstitutionality advanced by defendant.

Reversed and remanded with instructions to reinstate the complaint.

---

[1] ORS 166.065(1)(f) provides:

"(1) A person commits the crime of harassment if, with intent to harass, annoy or alarm another person, the actor:

"* * * * *

"(f) Causes the telephone of another to ring with no communicative purpose."